**Bailey Pinney PC**
**A.E. "Bud" Bailey,** Pro Hac Vice, OSB#87157, WSB#33917
**J. Dana Pinney,** Pro Hac Vice, OSB#75308, WSB#33919
1498 SE Tech Center Place, Suite 290
Vancouver, Washington 98683
Telephone: (800) 882-8351
Fax: (360) 567-3331
bbailey@wagelawyer.com
jdpinney@wagelawyer.com

**Bonnie Mac Farlane**, Cal. Bar No. 161526
720 Howe Avenue, Suite 113
Sacramento, CA  95825
Telephone:  (800) 230-5528
Fax:  (800) 230-5866
BMacFarlane@wagelawyer.com
Attorneys for Plaintiff Ailepata Luafau

**JOSEPH L. CHIAREZ**, CA Bar No. 98698
**BAKER & HOSTETLER LLP**
600 Anton Boulevard, Suite 900
Costa Mesa, CA 92626-7221
Telephone:    714.754.6600
Facsimile      714.754.6611
Email:          jchairez@bakerlaw.com

**GREGORY V. MERSOL**, Pro Hac Vice, OH Bar No. 0030838
**BAKER & HOSTETLER LLP**
3200 National City Center
1900 East 9th Street
Cleveland, OH 44114
Telephone:    216.621.0200
Facsimile      216.696.0740
Email:          gmersol@bakerlaw.com
Attorneys for Defendants
Affiliated Computer Services, Inc. and ACS Education Services, Inc.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ailepata Luafau,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>Affiliated Computer Services, Inc. and ACS Education Services, Inc.,<br><br>　　　　　　　Defendants. | Case No. C 06-00347 CW<br><br>**Stipulation to Continue Case Management Conference**<br><br>Date:　　April 27, 2007<br>Time:　　1:30 p.m.<br>Ctrm:　　2, 4th Floor<br><br>Hon.  Claudia Wilken |

STIPULATION AND ORDER TO CONTINUE CMC  - Case No. C 06-00347 CW

1

Plaintiff Ailiepata Luafau, and Defendants, Affiliated Computer Services, Inc. and ACS Education Services, Inc., appearing through their respective counsel of record, stipulate as follows:

1. This action was commenced on January 29, 2006. On May 15, 2006, this court ordered the parties into Arbitration.

2. The Plaintiff and Defendants are diligently proceeding through arbitration. The parties have chosen an arbitrator, the Honorable David D. Perez. The Phase I Hearing is scheduled for October 8-12 & 15-19, 2007.

3. The Plaintiff and Defendants will not be able to inform the court of any decision awarded by the Arbitrator by the scheduled Case Management Conference of April 27, 2007.

4. Therefore, Plaintiff and Defendants' counsel have stipulated to a continuance of the April 27th case management conference.

5. Plaintiff and Defendants respectfully request the court to continue the case management conference.

Dated: April 5, 2007          BONNIE MAC FARLANE
                              BAILEY PINNEY PC


                              By:  _____/s/_____
                                   Bonnie Mac Farlane
                                   Attorney for Plaintiff Ailepata Luafau


Dated: April 5, 2007          GREGORY MERSOL
                              BAKER & HOSTETLER LLP


                              By:  _____/s/_____
                                   Gregory Mersol
                                   Attorney for Defendants
                                   Affiliated Computer Services, Inc. and
                                   ACS Education Services, Inc.

1 **ORDER**

2     On the stipulation of the parties, and good cause appearing therefor,

3     IT IS ORDERED that the Case Management Conference to be held on April 27, 2007 is

4 continued to _October 30, 2007, at 2:00 p.m_____.

5

6 Dated: __4/10____, 2007.        _____

7                                              Claudia Wilken
                                             United States District Judge