1  **Bailey Pinney PC**
   A.E. "Bud" Bailey, *Pro Hac Vice*,
2  OSB#871567, WSB#33917
   J. Dana Pinney, *Pro Hac Vice*, OSB#75308,WSB#33919
3  1498 SE Tech Center Place, Suite 290
   Vancouver, Washington 98683
4  Telephone: (800) 882-8351; Fax: (360) 567-3331
   bbailey@wagelawyer.com; jdpinney@wagelawyer.com
5
   **Bonnie Mac Farlane**, Cal. Bar No. 161526
6  720 Howe Avenue, Suite 113
   Sacramento, CA 95825
7  Telephone: (800) 230-5528; Fax: (800) 230-5866
   BMacFarlane@wagelawyer.com
8  Attorneys for Plaintiff Ailepata Luafau

9  **Joseph L. Chairez**, Cal. Bar No. 98698
   **Baker & Hostetler LLP**
10 600 Anton Boulevard, Suite 900
   Costa Mesa, CA 92626-7221
11 Telephone: 714-754-6600
   Facsimile: 714-754.6611
12 Email: jchairez@bakerlaw.com

13 **Gregory V. Mersol**, Pro Hac Vice, OH Bar No.
   0030838
14 **Chris Bator**, Pro Hac Vice, OH Bar No. 0038550
   **Baker & Hostetler LLP**
15 3200 National City Center
   1900 East 9th Street
16 Cleveland, OH 44114
   Telephone: (216) 621-0200
17 Facsimile: (216) 696-0740
   Email: gmersol@bakerlaw.com; cbator@bakerlaw.com
18 Attorneys for Defendants
   Affiliated Computer Services, Inc. and ACS Education
19 Services, Inc.

20
                    UNITED STATES DISTRICT COURT
21
                    NORTHERN DISTRICT OF CALIFORNIA
22

23
   Ailepata Luafau,                    Case No. C 06-00347 CW
24
              Plaintiff,                **Stipulation to Continue**
25                                      **Case Management Conference**
   v.
26                                      **Date:    October 30, 2007**
   Affiliated Computer Services, Inc., *et al.,*
27                                      Time:     2:00 p.m.
              Defendants.               Judge:    Claudia Wilken
28

1   Plaintiff Ailepata Luafau and Defendants Affiliated Computer Services, Inc. and ACS
2   Education Services, Inc., appearing through their respective counsel of record, stipulate as
3   follows:
4   1.   This action was commenced on January 29, 2006.  On May 5, 2006, this Court
5   ordered the parties into arbitration.
6   2.   While in the course of discovery during the arbitration, the parties agreed to
7   mediate the case.  Mediation is currently scheduled for November 2, 2007 with mediator Jeffrey
8   M. Bachelor, Esq. in Portland, Oregon.  The arbitration has been stayed by the arbitrator pending
9   completion of the mediation.
10  2.   The Plaintiff and Defendants will not be able to inform the Court of the results of
11  the mediation by the scheduled Case Management Conference of October 30, 2007.
12  3.   Therefore, Plaintiff's and Defendants' counsel have stipulated to a continuance of
13  the October 30th case management conference.
14  4.   Plaintiff and Defendants respectfully request the court to continue the case
15  management conference.

Dated:  October 3, 2007

By:   /s/
    Bonnie Mac Farlane
    Attorney for Plaintiff Ailepata Luafau

GREGORY MERSOL
BAKER & HOSTETLER LLP

By:   /s/
    Gregory Mersol
    Attorney for Defendants
    Affiliated Computer Services, Inc. and
    ACS Education Services, Inc.

- 2 -   STIPULATION AND ORDER TO CONTINUE CMC -
CASE NO. C 06-00347 CW C 06-00347 CW

**ORDER**

On the stipulation of the parties, and good cause appearing therefore,

IT IS ORDERED that the Case Management Conference to be held on October 30, 2007 is continued to November 6, 2007, at 2:00 p.m.

*[signature]*

Claudia Wilken
United States District Judge

079391, 000002, 501501370.1