**BAILEY PINNEY, PC**
**A.E. BUD BAILEY**, *Pro Hac Vice*, OSB No. 87157, WSB No. 33917
E-Mail: Bbailey@wagelawyer.com
**J. DANA PINNEY**, *Pro Hac Vice*, OSB No. 75308, WSB No. 33919
E-Mail: JDPinney@wagelawyer.com
1498 SE Tech Center Place, Suite 290
Vancouver, Washington 98683
Telephone: (800) 882-8351; Fax: (360) 567-3331

**BONNIE MAC FARLANE**, Cal. Bar No. 161526
720 Howe Avenue, Suite 113
Sacramento, CA  95825
Telephone:  (800) 230-5528
Fax:  (800) 230-5866
E-Mail:  BMacFarlane@wagelawyer.com
       Attorneys for Plaintiff Ailepata Luafau

Joseph L. Chairez, Cal. Bar No. 98698
Baker & Hostetler LLP
600 Anon Boulevard, Suite 900
Costa Mesa, California 92626-7221
Telephone: (714) 754-6600; Fax (714) 754-6611
E-mail: jchairez@bakerlaw.com

Gregory V. Mersol, *Pro Hac Vice*, OH Bar No. 0030838
Email: gmersol@bakerlaw.com
Chris Bator, *Pro Hac Vice*, OH Bar No. 0038550
E-Mail: cbator@bakerlaw.com
Baker & Hostetler, LLP
3200 National City Center
1900 East 9th Street
Cleveland, OH 44114
Telephone: (216) 621-0200; Fax (216) 696-0740
       Attorneys for Defendants Affiliated Computer Services, Inc and
       ACS Education Services, Inc.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ailepata Luafau, individually and on behalf of all others similarly situated,<br><br>                      Plaintiff,<br>v.<br><br>Affiliated Computer Services, Inc. and ACS Education Services, Inc., and Does One through Twenty-Five, inclusive,<br><br>                      Defendants. | Case No. C 06-00347 CW<br> Order Granting<br>Stipulation to Continue the December 18, 2007 Case Management Conference<br><br><br>Date:      December 18, 2007<br>Time:       2:00 p.m.<br><br>Hon.  Claudia Wilken |

STIPULATION AND ORDER TO CONTINUE 12/18/2007 CMC - Case No. C 06-00347 CW

1

Plaintiff Ailepata Luafau and Defendants Affiliated Computer Services, Inc. and ACS Education Services, Inc., appearing through their respective counsel of record, stipulate as follows:

1. This action was commenced on January 29, 2006. On May 5, 2006, this Court ordered the parties into arbitration.

2. While in the course of discovery during the arbitration, the parties agreed to mediate the case.

3. The parties, in good faith, attended a full day mediation on December 12, 2007 with mediator Jeffrey M. Batchelor, Esq. in Portland, Oregon.

4. Despite both parties' diligent efforts, the parties were unable to reach a final agreement. However, given the progress made on December 12, 2007, the parties agreed to continue the mediation on January 9, 2008 with mediator Jeffrey M. Batchelor.

5. In order to allow the parties to conduct private mediation, the arbitration proceedings have been stayed by the arbitrator pending completion of the mediation.

6. The Plaintiff and Defendants will not be able to inform the Court of the results of the mediation by the scheduled Case Management Conference of December 18, 2007.

7. Therefore, Plaintiff's counsel and Defendants' counsel have stipulated to a continuance of the December 18th case management conference.

8. Plaintiff and Defendants respectfully request the court to continue the case management conference to January 15, 2008 at 2:00 pm.

Dated: December 13, 2007.           BAILEY PINNEY, PC

                                    By:____/s/_____
                                         A.E. Bud Bailey, *Pro Hac Vice*
                                         Attorney for Plaintiff Ailepata Luafau

Dated: December 13, 2007.           BAKER & HOSTETLER LLP

                                    By:_____/s/_____
                                         Chris Bator, *Pro Hac Vice*
                                         Attorney for Defendants
                                         Affiliated Computer Services, Inc. and
                                         ACS Education Services, Inc.

1 **ORDER**

3    On the stipulation of the parties, and good cause appearing therefore,

5    IT IS ORDERED that the Case Management Conference scheduled for December 18, 2007 is continued to ___1/15/08 at 2:00 p.m.___.

Dated: ___12/14___, 2007.

_____
Claudia Wilken
United States District Judge