**BAILEY PINNEY, PC**
**A.E. BUD BAILEY**, *Pro Hac Vice*, OSB No. 87157, WSB No. 33917
E-Mail: Bbailey@wagelawyer.com
**J. DANA PINNEY**, *Pro Hac Vice*, OSB No. 75308, WSB No. 33919
E-Mail: JDPinney@wagelawyer.com
1498 SE Tech Center Place, Suite 290
Vancouver, Washington 98683
Telephone: (800) 882-8351; Fax: (360) 567-3331

**BONNIE MAC FARLANE**, Cal. Bar No. 161526
720 Howe Avenue, Suite 113
Sacramento, CA 95825
Telephone: (800) 230-5528
Fax: (800) 230-5866
E-Mail: BMacFarlane@wagelawyer.com
    Attorneys for Plaintiff Ailepata Luafau

Joseph L. Chairez, Cal. Bar No. 98698
Baker & Hostetler LLP
600 Anon Boulevard, Suite 900
Costa Mesa, California 92626-7221
Telephone: (714) 754-6600; Fax (714) 754-6611
E-mail: jchairez@bakerlaw.com

Gregory V. Mersol, *Pro Hac Vice*, OH Bar No. 0030838
Email: gmersol@bakerlaw.com
Chris Bator, *Pro Hac Vice*, OH Bar No. 0038550
E-Mail: cbator@bakerlaw.com
Baker & Hostetler, LLP
3200 National City Center
1900 East 9th Street
Cleveland, OH 44114
Telephone: (216) 621-0200; Fax (216) 696-0740
    Attorneys for Defendants Affiliated Computer Services, Inc and
    ACS Education Services, Inc.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ailepata Luafau, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>Affiliated Computer Services, Inc. and ACS Education Services, Inc., and Does One through Twenty-Five, inclusive,<br><br>    Defendants. | Case No. C 06-00347 CW<br><br>Order Granting Stipulation to Continue the January 15, 2008 Case Management Conference<br><br>Date: January 15, 2008<br>Time: 2:00 p.m.<br><br>Hon. Claudia Wilken |

STIPULATION AND ORDER TO CONTINUE 1/15/2008 CMC - Case No. C 06-00347 CW
1

1 | Plaintiff Ailepata Luafau and Defendants Affiliated Computer Services, Inc. and ACS Education Services, Inc., appearing through their respective counsel of record, stipulate as follows:

1. This action was commenced on January 29, 2006. On May 5, 2006, this Court ordered the parties into arbitration.

2. During the arbitration, the parties agreed to mediate the case.

3. The parties, in good faith, attended a full day mediation on December 12, 2007 and January 15, 2008 with mediator Jeffrey M. Batchelor, Esq. in Portland, Oregon.

4. The parties have reached an agreement to settle the case. The parties are diligently working on the settlement documents to present to Arbitrator Perez for approval.

5. The parties believe it is a fair and reasonable settlement that warrants Arbitrator Perez's approval so that notice and claim forms can be sent to all designated class members.

6. The parties anticipate the settlement process, including giving all designated class members the opportunity to make a claim, will be concluded mid-April 2008. Included as a condition of the settlement becoming final and upon conclusion of the notice and claim submission process, plaintiff will dismiss this case with prejudice.

7. Therefore, Plaintiff's counsel and Defendants' counsel have stipulated to a continuance of the January 15th case management conference.

8. Plaintiff and Defendants respectfully request the court to continue the case management conference to April 29, 2008 at 2:00 pm, provided plaintiff has not dismissed the case..

Dated: January 10, 2008.　　　　　　　　BAILEY PINNEY, PC

By: ＿＿＿/s/＿＿＿＿＿＿＿＿＿＿＿＿
　　A.E. Bud Bailey, *Pro Hac Vice*
　　Attorney for Plaintiff Ailepata Luafau

Dated: January 10, 2008.　　　　　　　　BAKER & HOSTETLER LLP

By: ＿＿＿/s/＿＿＿＿＿＿＿＿＿＿＿＿
　　Chris Bator, *Pro Hac Vice*
　　Attorney for Defendants
　　Affiliated Computer Services, Inc. and
　　ACS Education Services, Inc.

**ORDER**

On the stipulation of the parties, and good cause appearing therefore,

IT IS ORDERED that the Case Management Conference scheduled for January 15, 2008 is continued to **April 29, 2008, at 2:00 p.m..**

Dated: January 11, 2008.

_____
Claudia Wilken
United States District Judge