1  **BAILEY PINNEY, PC**
   **A.E. BUD BAILEY**, *Pro Hac Vice*, OSB No. 87157, WSB No. 33917
2  E-Mail: Bbailey@wagelawyer.com
   **J. DANA PINNEY**, *Pro Hac Vice*, OSB No. 75308, WSB No. 33919
3  E-Mail: JDPinney@wagelawyer.com
   1498 SE Tech Center Place, Suite 290
4  Vancouver, Washington 98683
   Telephone: (800) 882-8351; Fax: (360) 567-3331
5
   **BONNIE MAC FARLANE**, Cal. Bar No. 161526
6  720 Howe Avenue, Suite 113
   Sacramento, CA  95825
7  Telephone:  (800) 230-5528
   Fax:  (800) 230-5866
8  E-Mail:  BMacFarlane@wagelawyer.com
             Attorneys for Plaintiff Ailepata Luafau
9
   Joseph L. Chairez, Cal. Bar No. 98698
10 Baker & Hostetler LLP
   600 Anon Boulevard, Suite 900
11 Costa Mesa, California 92626-7221
   Telephone: (714) 754-6600; Fax (714) 754-6611
12 E-mail: jchairez@bakerlaw.com

13 Gregory V. Mersol, *Pro Hac Vice*, OH Bar No. 0030838
   Email: gmersol@bakerlaw.com
14 Chris Bator, *Pro Hac Vice*, OH Bar No. 0038550
   E-Mail: cbator@bakerlaw.com
15 Baker & Hostetler, LLP
   3200 National City Center
16 1900 East 9th Street
   Cleveland, OH 44114
17 Telephone: (216) 621-0200; Fax (216) 696-0740
             Attorneys for Defendants Affiliated Computer Services, Inc and
18           ACS Education Services, Inc.

19
20                    **IN THE UNITED STATES DISTRICT COURT**
                    **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

21 | Ailepata Luafau, individually and on behalf of all others similarly situated, | Case No. C 06-00347 CW |
|---|---|
| Plaintiff, | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |
| v. | |
| Affiliated Computer Services, Inc. and ACS Education Services, Inc., and Does One through Twenty-Five, inclusive, | Hon.  Claudia Wilken |
| Defendants. | |

1  Pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, plaintiff Ailepata Luafau and
2  defendants Affiliated Computer Services Inc. and ACS Education Services, Inc., acting through their
3  respective counsel of record, hereby stipulate that this action be dismissed with prejudice, each side to
4  bear its own costs and attorney fees.

5  Previously, the court ordered the parties into arbitration. In arbitration the parties reached a
6  settlement which included all class members. Arbitrator David D. Perez approved the settlement as
7  being fair, reasonable and adequate to the class. Therefore, the parties respectfully request that the
8  court enter judgment of dismissal.

Dated: April 28, 2008     BAILEY PINNEY, PC

By:   /s/
A.E. Bud Bailey, *Pro Hac Vice*
Attorney for Plaintiff Ailepata Luafau

Dated: April 28, 2008     BAKER & HOSTETLER LLP

By:   /s/
Gregory V. Mersonl, Esq., *Pro Hac Vice*
Chris Bator, *Pro Hac Vice*
Attorney for Defendants
Affiliated Computer Services, Inc. and
ACS Education Services, Inc.

**JUDGMENT OF DISMISSAL WITH PREJUDICE**

On stipulation of the parties, and good cause appearing therefore,

IT IS ORDERED that this case is dismissed with prejudice without attorney fees or costs to either party.

Dated: April 28, 2008.

_____
Claudia Wilken
United States District Judge